No. 365. B. FERNANDEZ & BROS., SUCCESSORS, *v.* LEONOR AYLLON Y OJEDA, ETC. October 8, 1923. Petitions for a writ of certiorari to the Circuit Court of Appeals for the

First Circuit granted. *Mr. Philip N. Jones, Mr. Frank Antonsanti* and *Mr. Frederick S. Tyler* for petitioner. No brief filed for respondent.